# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| **CENTURY FURNITURE, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v ) | |
| ) | |
| **C & C IMPORTS, INC.** ) | **CIVIL NO. 1:07-CV-179** |
| **d/b/a NANCY CORZINE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motions for admission *pro hac vice* (#4) (#5) of Paul W. Kruse and Stephen J. Zralek of the law firm of Bone McAllester Norton PLLC, 511 Union Street, Suite 1600, Nashville, TN 37219, 615-238-6300, to appear as counsel for the plaintiff in this matter filed on May 17, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motions are **ALLOWED**, and that Stephen J. Zralek and Paul W. Kruse are hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: May 22, 2007

Dennis L. Howell
United States Magistrate Judge