# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| CENTURY FURNITURE, LLC, | ) | |
| Plaintiff | ) ) | |
| V | ) ) | 1:07 CV 179 |
| C & C IMPORTS, INC. d/b/a NANCY CORZINE, | ) ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

**THIS MATTER** is before the court upon the defendant's motions for admission *pro hac vice* (#13) & (#14) of David N. Tarlow and Jay M. Coggan of the law firm of Coggan & Tarlow, Suite 2320, 1925 Century Park East, Los Angeles, CA 90067 to appear as counsel for the defendant in this matter filed on June 20, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motions are **ALLOWED**, and that David N. Tarlow and Jay M. Coggan are hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: June 21, 2007

Dennis L. Howell
United States Magistrate Judge